AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER BARKER,<br><br>*Defendant(s)* | Case No. 21-6411-SNOW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 26, 2018__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(3) | Possession of Fifteeen or More Counterfeit and Unauthorized Access Devices |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lisbeth Carley, USSS, Special Agent
*Printed name and title*

Sworn to before me telephonically.

Date: July 11, 2021

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Lisbeth Carley, being duly sworn, hereby deposes and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the United States Secret Service ("USSS"), have been employed as a criminal investigator with the USSS for approximately 2 years. I have received extensive training in the investigation of counterfeit currency, check fraud, bank fraud, access device fraud, wire fraud and cybercrime, among other things. As a federal law enforcement officer of the United States, I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of 18 U.S.C. § 3056. I have received specialized training in numerous aspects of criminal investigations, in particular, investigations into financial fraud and methods and techniques used by individuals that commit fraudulent activity to avoid detection by law enforcement officers.

2.  Based on the following facts, I respectfully submit that that there is probable cause to believe that **Christopher Barker ("BARKER")** did knowingly, and with intent to defraud, possess fifteen (15) or more counterfeit and unauthorized access devices, that is, credit card account numbers, social security numbers, and driver's license information, of other individuals, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3).

3.  The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this Affidavit each and every fact known to me or to other law

enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause.

## PROBABLE CAUSE

4. On or about December 26, 2018, law enforcement officers effectuated a stop on a Chevy Impala ("the Vehicle") based on a traffic infraction. Upon approaching the Vehicle, officers observed BARKER in the driver's seat, and as the sole occupant of the Vehicle.

5. During the course of speaking with BARKER, officers observed a strong odor of marijuana emanating from the interior of the Vehicle. A subsequent search of the interior of the Vehicle revealed a backpack containing numerous pieces of mail in other individuals' names, fifteen (15) $200.00 MasterCard Gift Cards, and two (2) composition books containing district employees, and other victims', personal identifying information ("PII"). The PII included bank account numbers, credit card numbers, social security numbers, and driver's license information; all of which were in other individuals' names.

6. The same backpack also contained a Broward District School Identification Badge, medical paperwork, resumes, and mail correspondence, which all belonged to BARKER.

7. A further investigation ensued whereupon the Broward District Schools ("Broward Schools") Police Department Special Investigative Unit (SIU) learned of allegations that an employee of Broward Schools, BARKER, was accessing the personal identifying information ("PII") of other district employees and using it to conduct fraudulent activities. At the time, BARKER was a campus monitor for Broward Schools, with unfettered access to classrooms where staff members commonly kept their PII when away from their desks.

8. A subsequent investigation revealed that BARKER utilized multiple email addresses (collectively, "BARKER's Accounts") – associated with Google, Inc. ("Google") – to secure loans, obtain fictitious bank accounts, and open lines of credit using other individuals' PII. The investigation also revealed an additional email address, identified as "playpussitoys@gmail.com", which BARKER communicated with frequently. The registered account owner of "playpussitoys@gmail.com" is Keney Desravines ("Desravines").[1] Search warrant results confirm email exchanges between BARKER and "playpussitoys@gmail.com" ("Desravines' Account"), wherein BARKER sent Broward Schools employees' PII to Desravines' Account, requesting that Desravines, a graphic designer, use the PII to generate fraudulent counterfeit driver's licenses, social security cards, utility bills, and bank account statements.

9. On or about November 11, 2019, search warrant results from Google, concerning Desravines' Account, revealed hundreds of e-mails to and from Desravines' Account from known and unknown individuals, between January 2015 through October 2019, relating to the manufacturing of counterfeit documentation and access devices. Specifically, Desravines' Account received multiple requests for the creation of fraudulent driver's licenses, social security cards, utility bills, bank account statements, and credit cards. In one such email, for example, Desravines responds to a request for a fraudulent driver's license, with a picture of a proposed driver's license displaying the image of a headshot accompanied by other identifying information that, when confirmed by law enforcement through D.A.V.I.D., belonged to another individual. All requests came from e-mail addresses belonging to BARKER, which included "Babytem2226@gmail.com"; "Mbarker9299@gmail.com"; Bigchris2226@gmail.com"; and "cbarker9001@yahoo.com" (collectively, "BARKER's Accounts").

---

[1] Desravines was indicted by a Grand Jury on January 28, 2021 with one count of possession of fifteen (15) or more counterfeit and unauthorized access devices, and three counts of aggravated identity theft. (See 21-CR-0040-SMITH).

10. The contents of the emails further revealed that BARKER applied for several loans with BMG Loans, using PII belonging to district employees, including teachers, custodians, and administrative staff members. BARKER additionally utilized the victims' credit cards, and funds from loan applications for personal financial gain.

11. Among the e-mails obtained from the search warrant described above, were e-mails from BARKER's Accounts. Between July 2017 and June 2018, e-mails were sent from BARKER's Accounts to Desravines' Accounts, placing orders containing headshot photographs of various unidentified individuals and personal identifying information, to be used for the production of fictitious state-issued identification cards, social security cards, pay stubs, and utility bills of various victims in order to obtain fraudulent loans.

12. On or about August 25, 2020, another search warrant was issued to Google for BARKER's Accounts and Desravines' Accounts. Results revealed that BARKER's Accounts were actively receiving e-mails from various business entities and financial institutions concerning the fraudulent loans BARKER applied for in the name of others using their PII. Results also indicated that some of BARKER's Accounts were still exchanging e-mails with unknown individuals relating to the manufacturing of counterfeit access devices.

**CONCLUSION**

13. Based on the foregoing facts, I respectfully submit that that there is probable cause to believe that Christopher Barker ("BARKER") did knowingly, and with intent to defraud, possess fifteen (15) or more counterfeit and unauthorized access devices, that is, credit card account numbers, social security numbers, and driver's license numbers, of other individuals, said

conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Respectfully submitted,

Lisbeth Carley
Special Agent
United States Secret Service

Sworn to and subscribed before me telephonically this 11th day of July, 2021.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

5